# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALBERTO PEDRO VAZQUEZ, § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. H-17-2133 |
| v. § | *Consolidated with* |
| § | CIVIL ACTION NO. H-17-2134 |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

# FINAL JUDGMENT

For the reasons set forth in the court's Memorandum and Opinion issued today, this case is dismissed with prejudice.

This is a final judgment.

SIGNED on April 3, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge